UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEL OFFSHORE PIPELINE, LLC,     Plaintiff | * * * | Civil Action No.: 4:21-cv-01099 |
| v. | * * | Section: |
| SHELL PIPELINE COMPANY LP,     Defendant | * * | Judge: |
| | | Magistrate Judge: |

## CORPORATE DISCLOSURE STATEMENT OF SHELL PIPELINE COMPANY LP

NOW INTO COURT, through undersigned counsel, comes Defendant, Shell Pipeline Company LP, which submits the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Shell Pipeline Company LP is a wholly owned subsidiary of Royal Dutch Shell plc. No other publicly held corporation owns or holds 10% or more of its stock.

Dated: April 6, 2021            Respectfully submitted:

                             */s/ Dawn R. Tezino*
                             Dawn R. Tezino, S.D. Tex No. 1321281
                             **KUCHLER POLK WEINER, LLC**
                             1201 Louisiana Street, Suite 3375
                             Houston, Texas 77002
                             Telephone: (713) 936-4707
                             Facsimile:  (713) 470-9768
                             dtezino@kuchlerpolk.com
                             *Counsel for Defendant Shell Pipeline Company LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. I further certify that I will serve a copy of this pleading by U.S. Mail or electronic mail, along with the attachments thereto, to counsel for Plaintiff on April 6, 2021.

                                                */s/ Dawn R. Tezino*
                                                Dawn R. Tezino