# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GEL OFFSHORE PIPELINE, LLC, <br> Plaintiff | * <br> * <br> * | Civil Action No.: <br> 4:21-cv-01099 |
| v. | * <br> * | Judge: Hon. David Hittner |
| SHELL PIPELINE COMPANY LP, <br> Defendant | * <br> * | Magistrate Judge: <br> Hon. Peter Bray |

## CERTIFICATE OF INTERESTED PARTIES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Shell Pipeline Company LP ("SPLC"), which files this Certificate of Interested Parties pursuant to this Court's "Order for Conference and Disclosure of Interested Parties" dated April 6, 2021. SPLC files this certificate reflecting all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that it believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1. Gel Offshore Pipeline, LLC, Plaintiff;

2. Genesis Energy, LP, a publicly traded entity listed on the NYSE;

3. Rusty Hardin & Associates, LLP, counsel for Plaintiff;

4. Shell Pipeline Company, LP, Defendant;

5. Royal Dutch Shell, plc, a publicly traded entity listed on the NYSE;

6. Kuchler Polk Weiner LLC, counsel for Defendant.

Should other parties be added to this lawsuit who become financially interested in the outcome of this litigation, SPLC will promptly file an amended certificate with the Clerk identifying such interested parties.

Dated: April 21, 2021

Respectfully submitted:

*/s/ Janika D. Polk*
Janika D. Polk, Attorney in charge
S.D. Tex. No. 3654816
Deborah D. Kuchler
S.D. Tex. No. 115792
Skylar B. Rudin
S.D. Tex. No. 3654812
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
jpolk@kuchlerpolk.com
dkuchler@kuchlerpolk.com
srudin@kuchlerpolk.com

Dawn R. Tezino
S.D. Tex. No. 1321281
1201 Louisiana Street, Suite 3375
Houston, Texas 77002
Telephone: (713) 936-4707
Facsimile: (713) 470-9768
dtezino@kuchlerpolk.com

***Counsel for Defendant Shell Pipeline Company LP***

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all ECF participants.

*/s/ Janika D. Polk*
Janika D. Polk