UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| GEL OFFSHORE PIPELINE, LLC | § | |
| Plaintiff | § | |
| | § | C.A. NO. 4:21-cv-01099 |
| v. | § | |
| | § | |
| SHELL PIPELINE COMPANY LP | § | JURY DEMANDED |
| Defendant. | § | |

# PLAINTIFF GEL OFFSHORE PIPELINE, LLC'S DISCLOSURE OF INTERESTED PARTIES

As requested by the Court's Order for Conference and Disclosure of Interested Parties dated April 6, 2021, Plaintiff GEL Offshore Pipeline, LLC ("GEL Offshore") hereby discloses the names of the persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, pursuant to Federal Rule of Civil Procedure 7.1 as follows:

1. Plaintiff GEL Offshore Pipeline, LLC is a subsidiary of Genesis Energy, L.P.

2. Attorneys for Plaintiff:

    Rusty Hardin
    Joe Roden
    Emily Smith
    Rachel Lewis
    RUSTY HARDIN & ASSOCIATES, LLP
    1401 McKinney Street, Suite 2250
    Houston, Texas 77010
    Telephone: (713) 652-9000
    Facsimile: (713) 652-9800

3. Defendant Shell Pipeline Company LP is a subsidiary of Royal Dutch Shell plc.

4. Attorneys for Defendant:

>Dawn R. Tezino
>KUCHLER POLK WEINER, LLC
>1201 Louisiana Street, Suite 3375
>Houston, Texas 77002
>Telephone: (713) 936-4707
>Facsimile: (713) 470-9768
>
>Janika D. Polk
>Deborah D. Kuchler
>Skylar B. Rudin
>KUCHLER POLK WEINER, LLC
>1615 Poydras Street, Suite 1300
>New Orleans, Louisiana 70112
>Telephone: (504) 592-0691
>Facsimile: (504) 592-0696

GEL Offshore is unaware of any other persons or entities with a financial interest in the outcome of this litigation at this time. In the event such persons or entities are identified Plaintiff will file an amended disclosure to identify such persons and/or entities for the Court and all interested parties.

>Respectfully submitted,
>
>RUSTY HARDIN & ASSOCIATES, LLP
>
>/ /s/ Rusty Hardin
>Rusty Hardin
>Federal I.D. No. 19424
>State Bar No. 08972800
>*Attorney-in-Charge*

Joe Roden
Federal I.D. No. 20354
State Bar No. 00794549
Emily Smith
State Bar No. 24083876
Federal I.D. No. 1890677
Rachel Lewis
State Bar No. 24118679

Federal I.D. No. 3618856
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
rhardin@rustyhardin.com
jroden@rustyhardin.com
esmith@rustyhardin.com
rlewis@rustyhardin.com

**ATTORNEYS FOR PLAINTIFF**
**GEL OFFSHORE PIPELINE, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                        */s/ Joe Roden*
                                        Joe Roden