United States District Court
Southern District of Texas
**ENTERED**
October 26, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GEL Offshore Pipeline, LLC, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. H-21-1099 |
| Shell Pipeline Company LP, et al., *Defendants*. | § § § | |

## ORDER OF ADOPTION

On October 8, 2021, Magistrate Judge Peter Bray recommended that Defendant Shell Pipeline Company LP's motion for more definite statement and to dismiss and its motion for reconsideration be denied. (D.E. 64.) Defendant Shell Pipeline Company LP filed objections. (D.E. 66.) Defendant Shell Pipeline Company LP's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion.

Signed at Houston, Texas, on October 25, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE